(SPACE BELOW FOR FILING STAMP ONLY)

1  David O. Hernandez, No. 90453
   HERNANDEZ LAW OFFICES
2  6103 North First Street, Suite 102
   Fresno, CA  93710
3  Telephone No. (559) 449-8150
   Facsimile No. (559) 449-1831
4

5  Attorney for Plaintiff, STEVE WEINSTEIN

6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10                       * * * * *

11 STEVE WEINSTEIN,                ) CASE NO.: 1:15-CV-01344-LJO-SAB
                                   )
12            Plaintiff,            ) PLAINTIFF STEVE WEINSTEIN'S
                                   ) AMENDMENT TO COMPLAINT
13     vs.                         )
                                   ) Honorable Stanley A. Boone U.S.
14 KEENLINE, INC., et al.          ) Magistrate Judge
                                   )
15            Defendants.          )
                                   )
16 _____)
                                   )
   KEENLINE, INC.,                 )
17                                 )
              Third Party Plaintiff,)
18                                 )
       vs.                         )
19                                 )
   THE AAGARD GROUP, LLC. and Roes )
20 1-20,                           )
                                   )
21            Third Party Defendants.)
                                   )
22                                 )
   _____)
23

24     Plaintiff, STEVE WEINSTEIN by and through his counsel David O. Hernandez of

25 Hernandez Law Offices files an Amendment to the Complaint filed in the Fresno Superior

26 Court, Case No.: 14 CE CG 01016 and removed to Federal Court by Defendants to allege a

27 third cause of action for products liability as set forth herein and attached hereto as pages 6 and

28 7 to the Complaint.

| | |
|---|---|
| 1  Dated: December 4, 2015 | **HERNANDEZ LAW OFFICES** |

Dated: December 4, 2015

**HERNANDEZ LAW OFFICES**

_____
David O. Hernandez
6103 N. First Street, Suite 102
Fresno, CA 93710
Email: jennifer@dohlaw.com
Telephone: (559) 449-8150
Facsimile: (559) 449-1831
Attorney for Plaintiff, STEVE WEINSTEIN

PLD-PI-001(5)

| SHORT TITLE: Steve Weinstein v. Keenline, Inc., et al. | CASE NUMBER: 1:15-CV-01344-LJO-S |
|---|---|

__THIRD__ CAUSE OF ACTION—Products Liability     Page __6__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: STEVE WEINSTEIN

Prod. L-1. On or about *(date)*: May 3, 2012     plaintiff was injured by the following product:
Plaintiff Steve Weinstein sustained injury at Sun Maid Growers as a result of plaintiff grabbing raisin bags from the conveyor belt causing his right hand to get caught and be pulled into the bag conditioner that had no safety guards installed on the conveyor belt and bag conditioner and no safety interlocks were wired or connected to automatically shut off power to the conveyor belt and bag conditioner in case of an emergency.  Defendant The Aargard Group **

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[ ] used in the manner intended by the defendants.
[X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.     [X] user of the product.
[ ] bystander to the use of the product.   [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [X] **Count One--Strict liability** of the following defendants who
   a. [X] manufactured or assembled the product *(names)*: Keenline, Inc. and The Aagard Group, LLC

   [X] Does __31__ to __40__
   b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*:
   Keenline, Inc. and The Aagard Group, LLC

   [X] Does __41__ to __50__
   c. [X] sold the product to the public *(names)*: The Aagard Group, LLC

   [X] Does __51__ to __60__

Prod. L-5. [X] **Count Two--Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
   Keenline, Inc. and The Aagard Group, LLC

   [X] Does __61__ to __70__
Prod. L-6. [ ] **Count Three--Breach of warranty** by the following defendants *(names)*:

   [ ] Does _____ to _____
   a. [ ] who breached an implied warranty
   b. [ ] who breached an express warranty which was
      [ ] written   [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment-Prod. L-7   [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| SHORT TITLE: Steve Weinstein v. Keenline, Inc., et al. | CASE NUMBER: 1:15-CV-01344-LJO-SAB |
|---|---|

1. Prod. L-1 cont:
2. \*\*LLC sold and installed a defective product consisting of the completed packaging
3. system, including the conveyor belt and bag conditioner to Plaintiff Weinstein's
4. employer Sun Maid Growers. Defendant The Aaagard Group, LLC foreseeably knew that
5. the conveyor belt and bag conditioner did not have a safety guard and no safety
6. interlock wires that would automatically shut off the power system in place.

26. (Required for verified pleading) The items on this page stated on information and belief (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with this court.   Page 7

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

## PROOF OF SERVICE BY MAIL OR EMAIL - CCP § 1013a (1)

State of California  )
                     ) ss.
County of Fresno     )

I, JENNIFER GOMEZ, certify and declare as follows:

I am over the age of 18 years, and not a party to the cause; my business address is 6103 N. First Street, Suite 102, Fresno, CA 93710, and I am employed in the county where the mailing and emailing took place.

I emailed and deposited in the mail at FRESNO, CALIFORNIA, on December 4, 2015, a copy of the following document(s): **AMENDMENT TO COMPLAINT** in a sealed envelope with postage fully prepaid thereon, addressed to:

| | |
|---|---|
| Ryan M. Craig, Esq.<br>Trachtman & Trachtman, LLP<br>23046 Avenida de la Carlota, Suite 300<br>Laguna Hills, CA 92653<br>rcraig@trachtmanlaw.com | Mark Wetters, Esq.<br>Harris & Yempuku<br>2180 Harvard Street, Suite 375<br>Sacramento, CA 95815<br>mark.wetters@libertymutual.com |

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2015, at Fresno, California.

_____
JENNIFER GOMEZ