1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEVE WEINSTEIN,<br><br>       Plaintiff,<br><br>   vs.<br><br>KEENLINE, INC., et al.<br><br>      Defendants. | CASE NO. 1:15-cv-01344-SAB<br><br>ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) |
| KEENLINE, INC.,<br><br>      Third-Party Plaintiff,<br><br>   vs.<br><br>THE AAGARD GROUP, LLC;<br><br>      Third-Party Defendants. | |
| THE AAGARD GROUP, LLC<br><br>      Counterclaimant,<br><br>v.<br><br>KEENLINE, INC.,<br><br>      Counterdefendant. | |

1          Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that

2   this case is dismissed with prejudice.

3

4   IT IS SO ORDERED.

5
    Dated:   **December 13, 2016**
6                                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28